IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- GREENBELT
'24 MAR 13 PM 3:28

SAEED PARKER

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

GENEVIEVE DIAMOND

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. PX 24CV0749

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
            *(check one)*

HD

Rcv'd by: AW

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: SAEED PARKER
   Street Address: 5440 MARINELLI RD APT 142
   City and County: N. BETHESDA, MONTGOMERY
   State and Zip Code: MD 20852
   Telephone Number: 301 661 8112
   E-mail Address: SAEED.PARKER1333@GMAIL.COM

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: GENEVIEVE DIAMOND
   Job or Title (if known): SOCIAL WORKER
   Street Address: 7300 CALHOUN PLACE, SUITE 400
   City and County: ROCKVILLE, MONTGOMERY
   State and Zip Code: MD 20855
   Telephone Number: 240 777 4004
   E-mail Address (if known): GDKREBS@MONTGOMERYCOUNTYMD.GOV

2

Defendant No. 2

    Name     _____

    Job or Title (if known)   _____

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address (if known)  _____

Defendant No. 3

    Name  _____

    Job or Title (if known)  _____

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address (if known)  _____

Defendant No. 4

    Name  _____

    Job or Title (if known)  _____

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address (if known)  _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

STATUTE OF LIMITATION RULE 5-101

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____
   _____
   _____

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. SHE ISSUED A FAKE DOCUMENT AND WITH THAT DOCUMENT ACCUSED ME I DID NOT COMMIT

2. SHE KEPT THREE INNOCENCE MY FAMILY (SON, DAUGHTER IN LAW AND MY GRANDSON) 6 HOURS IN HER OFFICE. THEN FORCE THEM TO INTERROGATE MY SEVEN YEARS OLD GRANDSON ALONE. SHE FOUND NOTHING AGAINST ME BUT ACCUSED ME.

3. IN FIRST COURT I HAD (OAH) SHE LIED THREE TIMES ON HER OATH.

6

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I DID NOT PHYSICALLY DAMAGE BUT WORSE THAN THAT I WAS DAMAGED MENTALLY WHEN THEY KEPT MY SON, DAUGHTER IN LAW AND GRANDSON IN THEIR OFFICE SIX HOURS AND THEN FORCED THEM TO INTERROGATE MY GRANDSON AT AGE 7 YEARS OLD WITHOUT HIS PARENTS ON 2/14/2020. MY ANXIETY AND DEPRESSION STARTED WHEN MY SON TOLD ME WHAT HAPPENED TO THEM. IT CONTINUE ALL YEAR UNTIL TODAY WHEN I FOUND THEY ACCUSED ME WITH A FAKE DOCUMENT. AFTER THAT I TRIED TO REDEEM MYSELF BUT I SAW ALL THE JUSTICE DEPARTMENTS TRYING TO COVER THIS CRIMINAL ACT. AS ATTACHED YOU CAN SEE TWO LETTERS I HAVE SENT TO THEM AND THEY NEVER ANSWER. THIS COMPENSATION SMALL AMOUNT THAT SHE DID TO ME AND MY FAMILY SPECIALLY TO MY GRANDSON BECAUSE AFTER THAT INTERROGATE HE SLEPT WITH PARENTS MORE ONE MONTH BECAUSE HE SO SCARED.

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __3/13__, 20_2.4_

Signature of Plaintiff _____

Printed Name of Plaintiff __SAEED PARKER__

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.     For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney         _____
Printed Name of Attorney     _____
Bar Number                    _____
Name of Law Firm              _____
Address                       _____
Telephone Number              _____
Email Address                 _____

8